SCWC-14-0001051

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RNM,
Petitioner/Petitioner-Appellee,

vs.

JMKK,
Respondent/Respondent-Appellant,

and

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001051; FC-P NO. 13-1-6166)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Kawamura, in place of McKenna, J., recused)

Petitioner/Petitioner-Appellee's Application for Writ

of Certiorari, filed on February 29, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, April 12, 2016.

| | |
|---|---|
| Elsa F.M. McGehee and Amanda O. Jenssen for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Dominique Tansley for respondent | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |
| | /s/ Shirley M. Kawamura |

